**DESERT EXTRUSION CORP.,**
**Plaintiff–Appellant,**

v.

**K2, INC. and Shakespeare Company Monofilament Division, Defendants–Cross Appellants.**

**Nos. 06–1031, 06–1059.**

United States Court of Appeals,
Federal Circuit.

Feb. 23, 2007.

ON MOTION

*ORDER*

Upon consideration of the parties' jointly filed motions to reactivate and dismiss the appeal and cross-appeal,

IT IS ORDERED THAT:

(1) The motions are granted.

(2) All sides shall bear their own costs.

**REGAL ELECTRONICS, INC.,**
**Plaintiff–Appellant,**

v.

**PULSE ENGINEERING, INC.,**
**and Full Rise Electronics**
**Co., Ltd., Defendants,**

and

**Bel Fuse, Inc., Defendant–**
**Cross Appellant,**

and

**Stewart Connector Systems,**
**Inc., Defendant.**

**No. 2006–1294, 2006–1325.**

United States Court of Appeals,
Federal Circuit.

Feb. 28, 2007.

Before NEWMAN, MAYER, and PROST, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36